IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   22-cr-60-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDWARD MEDINA,

    Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about December 18, 2021, to December 19, 2021, in the State and District of Colorado, the defendant, Edward Medina, did forcibly break into a post office located at 150 Washington St., Monte Vista City, Colorado 81144, with the intent to commit a larceny in such post office.

All in violation of Title 18, United States Code, Section 2115.

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

COLE FINEGAN
United States Attorney

By: <u>s/Albert Buchman</u>
Albert Buchman
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail:  Al.buchman@usdoj.gov
Attorney for Government