| | |
|---|---|
| DEFENDANT: | Edward Medina |
| AGE/YOB: | 1961 |
| COMPLAINT FILED? | _____ Yes   ___x____ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   __ Yes   _x_ No

| | |
|---|---|
| OFFENSE(S): LOCATION OF OFFENSE: | 18 U.S.C. § 2115, Burglary of a United States Post Office<br>Rio Grande County, Colorado |
| PENALTY: | Count 1: NMT 5 years imprisonment, $250,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment. |
| AGENT: | Inspector Chris Catlin<br>U.S. Postal Inspection Service |
| AUTHORIZED BY: | Albert Buchman<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 x  five days or less; ___ over five days

THE GOVERNMENT

__ will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is *not* applicable to this defendant.