IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   22-cr-00060-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

EDWARD MEDINA,

       Defendant.

_____

**NOTICE OF APPEARANCE**
_____

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

       Respectfully submitted,

       VIRGINIA GRADY
       Federal Public Defender


       *s/ Kilie Latendresse*
       Kilie Latendresse
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Kilie_Latendresse@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on February 25, 2022, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Albert Buchman, Assistant United States Attorney
    Email: al.buchman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Edward Medina     (via U.S. Mail)

                              *s/ Kilie Latendresse*
                              Kilie Latendresse
                              Assistant Federal Public Defender
                              633 17th Street, Suite 1000
                              Denver, CO  80202
                              Telephone:  (303) 294-7002
                              FAX:  (303) 294-1192
                              Kilie_Latendresse@fd.org
                              Attorney for Defendant