AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2022 MAR -2  AM 8: 31

JEFF___ P. COLWELL
CLERK

BY_____DEP. CLK

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | ) Case No.   22-cr-60-RM |
| | ) |
| | ) |
| EDWARD MEDINA, | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    EDWARD MEDINA                                                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ❑ Superseding Indictment          ❑ Information          ❑ Superseding Information          ❑ Complaint

❑ Probation Violation Petition          ❑ Supervised Release Violation Petition          ❑ Violation Notice          ❑ Order of the Court

This offense is briefly described as follows:

   Count One: 18 U.S.C. § 2115, Burglary of a United States Post Office

Date:   2/10/2022                                              ___s/ S. Dunbar, Deputy Clerk_____
                                                                                    *Issuing officer's signature*

City and state:     Denver, Colorado                     Jeffrey P. Colwell, Clerk U.S. District Court
                                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 2/2/23 2/11/2022, and the person was arrested on *(date)* 2/23/2022 at *(city and state)* MONTE VISTA, CO . |
| Date: 2/24/2022                                                   ~~*signature*~~ *Arresting officer's signature* |
| CHRISTOPHER CATLIN, US POSTAL INSPECTOR *Printed name and title* |