**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 22-cr-00060-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDWARD MEDINA,

    Defendant.

_____

**ORDER SETTING CHANGE OF PLEA HEARING**
_____

Pursuant to the Notice of Disposition filed on June 15, 2022 (ECF No. 19), a Change of Plea Hearing is set for **July 12, 2022** at **1:00 p.m. Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) not later than 72 hours before the change of plea hearing**. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty. The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the trial preparation conference scheduled for **July 22, 2022**, and the three-day jury trial scheduled for **August 1, 2022** are VACATED.

DATED this 21st day of June, 2022.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge