**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

| | |
|---|---|
| Courtroom Deputy:   Cathy Pearson | Date:   September 23, 2022 |
| Court Reporter:   Tammy Hoffschildt | Interpreter:   n/a |
| Probation:   Meaghan Mills | |

**CASE NO.   22-cr-00060-RM**

<u>Parties</u>                                                                    <u>Counsel</u>

UNITED STATES OF AMERICA,                              Albert Buchman

       Plaintiff,

v.

1.  EDWARD MEDINA,                                            Kilie Latendresse

       Defendant.

---

**COURTROOM MINUTES**

---

**SENTENCING HEARING
Court in session:   3:00 p.m.**

Appearances of counsel.   Defendant is present and on bond.

Defendant entered his plea on July 12, 2022, to Count 1 of the Indictment.   The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding objections to the Presentence Investigation Report.

Argument given regarding sentencing.

Defendant addresses the Court.

Statement by the Court regarding the defendant's offense level, criminal history level, and sentencing guidelines range.

The Court states its findings and conclusions.

**ORDERED:**   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, EDWARD MEDINA, is sentenced to probation for a term of **two (2) years.**

**ORDERED:**   While on probation, the defendant shall comply with all mandatory conditions of probation as required by law, all standard conditions of probation as required by this Court, and the special conditions of probation as stated on the record.

**ORDERED:**   Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**   **No fine** is imposed, because the defendant has no ability to pay a fine.

**ORDERED:**   Defendant shall make **restitution** in the amount of **$702.91 as stated on the record.**

Defendant is advised of his right to appeal the sentence imposed by the Court.

**ORDERED:**   Any notice of appeal must be filed within 14 days.

**ORDERED:**   Bond is continued.

**Court in recess:**      **3:16 p.m.**
Hearing concluded.
Total time:              00:16